HERBERT H. NEALE et al., Respondents, *v.* DAVID E. BURNS, Appellant.

*Neale* v. *Burns*, 156 App. Div. 889, appeal dismissed.
(Argued October 20, 1913; decided October 28, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 20, 1913, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action for breach of contract.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were sustained by the evidence and that the exceptions were frivolous.

*William G. Cooke* for motion.

*Edward J. Deasy* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.